IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID MATSON, BARBARA MATSON, | § § § § § § § § § § § § | 5-19-CV-00717-JKP-RBF |
| *Plaintiffs*, | | |
| vs. | | |
| NIBCO INC., | | |
| *Defendant*. | | |

## ORDER

**IT IS ORDERED THAT** this case is set for a status conference on **August 28, 2020 at 10:00 am** in Courtroom A on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. The parties should be prepared to discuss the current status of this case and argue any non-dispositive motions pending at the time of the hearing.

The Court assesses whether to permit telephonic appearances for hearings on a case-by-case basis. In this case Counsel (at their discretion) may appear telephonically and may use the following call-in information to do so:

    Toll free number:  877-402-9753
    Access code: 8309798
    Participant Security Code:  93075

Counsel should contact the Courtroom Deputy, Amy Jackson, by email at Amy_Jackson@txwd.uscourts.gov at least 48 hours in advance of the hearing to advise if they intend to appear telephonically. *Failure to contact and advise Ms. Jackson at least 48 hours in advance of the hearing will result in the Court requiring an in-person appearance.* The parties

1

must call-in at least 5 minutes before the start of the hearing and check in with the Courtroom Deputy. The use of speaker phones is prohibited during a telephonic appearance.

    **IT IS SO ORDERED**.

    SIGNED this 18th day of May, 2020.

                                      RICHARD B. FARRER
                                      UNITED STATES MAGISTRATE JUDGE