IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID MATSON, BARBARA MATSON, YOLANDA GARRET, INDIVIDUALLY AND ON BEHLF OF ALL OTHERS SIMILARLY SITUATED.; | § § § § § | 5-19-CV-00717-RBF |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| NIBCO INC., | § § | |
| *Defendant.* | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's October 20, 2021 Final Settlement Approval Order and Order Approving Class Counsel's Attorneys' Fees and Costs **IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT**:

(1) The Settlement Class set forth in the Court's Final Approval Order is certified and the parties' December 22, 2020, Settlement Agreement is finally approved. All Settlement Class Members, except those who submitted a timely and valid Request for Exclusion as identified in Appendix A attached to the Court's Final Settlement Approval Order, are bound by the Settlement, the Court's Final Approval Order, and this Final Judgment.

(2) NIBCO shall pay Class Counsel $2,330,000 in attorneys' fees and costs separate and apart from the settlement fund to be shared amongst the five firms appointed as Co-Class Counsel.

(3) NIBCO shall pay Plaintiffs David and Barbara Matson $10,000 as a service award and another $10,000 to Plaintiff Yolanda Garret. Such amount shall be separate and apart from the settlement fund.

(4) The Court will retain jurisdiction over this action, and all parties and Settlement Class Members, for all matters relating to this litigation and the settlement of it, including, without limitation, the administration, interpretation, effectuation and/or enforcement of the Settlement, the Final Settlement Approval Order, and this Final Judgment.

All claims and causes of action asserted by Plaintiffs David Matson, Barbara Matson, and Yolanda Garret, on behalf of themselves and all others similarly situated, in this litigation against Defendant NIBCO Inc. are **DISMISSED WITH PREJUDICE**.

All other relief not expressly granted herein or in the Court's Final Settlement Approval Order, Dkt. No. 132, and Order Approving Class Counsel's Attorneys' Fees and Costs, Dkt. No. 133, is **DENIED**.

The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

SIGNED this 20th day of October, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE