UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID MATSON & BARBARA MATSON AND YOLANDA GARRET, Individually and on Behalf of All Others Similarly Situated,<br><br>   *Plaintiffs,*<br><br>v.<br><br>NIBCO, Inc.,<br><br>   *Defendant.* | Civil No. 5:19-cv-00717-RBF<br><br>Magistrate Judge Richard B. Farrer<br><br>Hon. Jason K. Pulliam |

## NOTICE OF APPEAL

Jose Garcia, Objector in the above-captioned class action and a plaintiff and member of the class, files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit. Objector Garcia appeals from the following:

The Final Judgment, entered October 20, 2021, and signed on October 20, 2021, by the Hon. Richard B. Farrer, U. S. Magistrate Judge (Doc. 134).

The Final Judgment was issued pursuant to the Final Settlement Approval Order (Doc. 132, entered and signed October 20, 2021) and the Order Approving Class Counsel's Attorneys' Fees and Costs (Doc. 133, entered and signed October 20, 2021).

A copy of the Final Judgment is attached to this Notice of Appeal (Exh. A).

            Respectfully submitted,

            /s/ George M. Fleming
            **FLEMING, NOLEN & JEZ, LLP**
            George M. Fleming
            Gregory D. Brown
            2800 Post Oak Blvd., Suite 4000
            Houston, TX 77056-6109
            Telephone: (713) 621-7944
            Facsimile: (713) 621-9638
            Email: george_fleming@fleming-law.com
            Email: gregory_brown@fleming-law.com

            **SEARS CRAWFORD LLP**
            Ross Sears
            1200 Rothwell St
            Houston, TX 77002
            (713) 223-3333.
            ross@searscrawford.com

            ***Counsel for Objector Jose Garcia***

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, the foregoing document was filed and served on the counsel below via operation of the Court's CM/ECF system.

GERMER BEAMAN & BROWN PLLC
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-0721 Fax
Missy Atwood
matwood@germer-austin.com
Ben Zinnecker
bzinnecker@germer-austin.com

MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963.5000 Telephone
(215) 963.5001 Fax
Gordon J. Cooney, Jr.
gordon.cooney@morganlewis.com
Franco A. Corrado
franco.corrado@morganlewis.com

LATHROP & GAGE, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
(816) 460-5710 Telephone
(816) 292-2001 Fax
Kevin Kuhlman
kevin.kuhlman@lathropgpm.com

***Counsel for Defendant NIBCO, Inc.***

NIX PATTERSON, LLP
3600 N. Capital of Texas Hwy., Suite B350
Austin, TX 78746
(512) 328-5333
Austin Tighe
atighe@nixlaw.com

MUNCK WILSON MANDALA, LLP
2801 Via Fortuna, Suite 630
Austin, TX 78746
(737) 201-1616
Robert E. Linkin
rlinkin@munckwilson.com

DUBOIS BRYANT & CAMPBELL, LLP
303 Colorado St., Suite 2300
Austin, TX 78701
(512) 457-8000
J. David Rowe
drowe@dbcllp.com

GRABLE GRIMSHAW MORA PLLC
1603 Babcock Rd., Suite 280
San Antonio, TX 78229
(210) 963-5297
Brandon J. Grable
brandon@ggm.law

GRABLE GRIMSHAW PLLC
1603 Babcock Rd., Suite 118
San Antonio, TX 78229
(210) 963-5297
Matthew A. Grimshaw
matt@g2.law

FARRIS RILEY & PITT LLP
505 20th Street North, Suite 1700
Birmingham, AL 35203
(205) 324-1212
Kirby Dee Farris
jzorn@frplegal.com

***Counsel for Plaintiffs David Matson & Barbara Matson,
and Yolanda Garrett, Individually,
and on Behalf of All Others Similarly Situated***

/s/ George M. Fleming
George M. Fleming