# United States Court of Appeals
# for the Fifth Circuit

FILED

No. 21-51151

JAN - 3 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

JOSE GARCIA,

*Movant—Appellant*,

*versus*

DAVID MATSON; BARBARA MATSON; YOLANDA GARRET,
INDIVIDUALLY AND *on behalf of* ALL OTHERS SIMILARLY SITUATED

*Plaintiffs—Appellees*,

NIBCO, INCORPORATED,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Western District of Texas
No. 5:19-CV-717 - RBF

---

O R D E R :

IT IS ORDERED that appellees' opposed motion to expedite the
appeal is DENIED, provided, however, that no extension of time will be
granted for the filing of any brief.

      /s/ Jerry E. Smith
JERRY E. SMITH
*United States Circuit Judge*